UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**
FEB 2 6 2026
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

UNITED STATES OF AMERICA

v.

KEITH MOORE,

        Defendant.

Criminal Case No. 25-162 (BAH)

Judge Beryl A. Howell

### VERDICT FORM

With respect to the offense of unlawful possession of a firearm and ammunition by a person convicted of a crime punishable by imprisonment for a term exceeding one year, in violation of Title 18, United States Code, Section 922(g)(1), we, the members of the jury, unanimously find defendant Keith Moore,

    __✓__ NOT GUILTY      _____ GUILTY

DATE/TIME: _Feb. 26, 2026  1:25pm_

_____
FOREPERSON'S SIGNATURE