AO 245A (Rev. 12/03) Judgment of Acquittal

# UNITED STATES DISTRICT COURT

DISTRICT OF _____ COLUMBIA

UNITED STATES OF AMERICA

V.

KEITH MOORE

## JUDGMENT OF ACQUITTAL

CASE NUMBER: CR 25-162 (BAH)



**FILED**

FEB 2 6 2026

Clerk, U.S. District and Bankruptcy Courts

The Defendant was found not guilty.  IT IS ORDERED that the Defendant is acquitted, discharged, and any bond exonerated.

_____
Signature of Judge

BERYL A. HOWELL            U.S. District Judge
Name of Judge              Title of Judge

_____February 26, 2026_____
Date